IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LYNN CHIPPEWA, JAMES LEE WHITEPLUME, and BYRON ROBERT SPOONHUNTER,<br><br>Defendants. | No. _____<br><br>18 U.S.C. §§ 1111, 2, and 1153<br>(First Degree Murder and Aid and Abet)<br><br>14 CR 284-J |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 NOV 19 PM 1 02
STEPHAN HARRIS, CLERK
CASPER

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about June 2, 2014, in the District of Wyoming, and within Indian Country, the Defendant, **SUSAN LYNN CHIPPEWA**, an Indian, with malice aforethought, did willfully, deliberately, maliciously, and with premeditation kill Jared Little Whiteman, and **JAMES LEE WHITEPLUME**, an Indian, and **BYRON ROBERT SPOONHUNTER**, an Indian, did knowingly aid and abet the same.

In violation of 18 U.S.C. §§ 1111, 2, and 1153.

A TRUE BILL:

"Ink signature on file in clerk's office"
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | SUSAN LYNN CHIPPEWA |
| **DATE:** | November 12, 2014 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br>Casper |
| **VICTIM:** | Yes |
| **SEAL CASE:** | No |
| **OFFENSE:** | **18 U.S.C. §§ 1111, 2, and 1153**<br>**(First Degree Murder)** |
| **PENALTIES:** | LIFE IMPRISONMENT<br>$250,000 FINE<br>5 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **TOTALS:** | LIFE IMPRISONMENT<br>$250,000 FINE<br>5 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **AGENT:** | FBI SA Doug Walker |
| **AUSA:** | Desiree Wilson |
| **ESTIMATED TIME OF TRIAL:** | More than 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | JAMES LEE WHITEPLUME |
| **DATE:** | November 12, 2014 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br>Casper |
| **VICTIM:** | Yes |
| **SEAL CASE:** | No |
| **OFFENSE:** | **18 U.S.C. §§ 1111, 2, and 1153**<br>**(Aid and Abet First Degree Murder)** |
| **PENALTIES:** | LIFE IMPRISONMENT<br>$250,000 FINE<br>5 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **TOTALS:** | LIFE IMPRISONMENT<br>$250,000 FINE<br>5 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **AGENT:** | FBI SA Doug Walker |
| **AUSA:** | Desiree Wilson |
| **ESTIMATED TIME OF TRIAL:** | More than 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | BYRON ROBERT SPOONHUNTER |
| **DATE:** | November 12, 2014 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br>Casper |
| **VICTIM:** | Yes |
| **SEAL CASE:** | No |
| **OFFENSE:** | **18 U.S.C. §§ 1111, 2, and 1153**<br>**(Aid and Abet First Degree Murder)** |
| **PENALTIES:** | LIFE IMPRISONMENT<br>$250,000 FINE<br>5 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **TOTALS:** | LIFE IMPRISONMENT<br>$250,000 FINE<br>5 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **AGENT:** | FBI SA Doug Walker |
| **AUSA:** | Desiree Wilson |
| **ESTIMATED TIME OF TRIAL:** | More than 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |